UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA R. WENSEL, individually and as the representative of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK,<br>*as Trustee of CWABS Asset-Backed Certificates Trust 2007-BC3*,<br><br>        Defendant. | Civil Action No. 2:15-cv-00068<br><br>Hon. Nora Barry Fischer<br>United States District Judge |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amanda R. Wensel ("Wensel" or "Plaintiff") and Defendant The Bank of New York Mellon, as Trustee of CWABS Asset-Backed Certificates Trust 2007-BC3 (together, with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice as to Plaintiff, and without prejudice as to the putative class, with the Parties waiving their rights of appeal and agreeing to bear their own costs.

| | |
|---|---|
| Dated:  December 1, 2015 | Respectfully submitted, |
| /s/ Aurelius P. Robleto<br>Aurelius P. Robleto<br>PA ID No. 94633<br>ROBLETO LAW, PLLC<br>Three Gateway Center<br>401 Liberty Avenue, Suite 1306<br>Pittsburgh, PA 15222<br>(412) 925-8194<br>(412) 346-1035 facsimile<br>apr@robletolaw.com<br><br>Attorney for Plaintiff | /s/ Laura A. Lange<br>Laura A. Lange<br>Pa. Id. No. 310733<br>**McGuireWoods LLP**<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 667-6000<br>(412) 667-6050 (fax)<br>llange@mcguirewoods.com<br><br>Brooks R. Brown, Esq.(*Pro Hac Vice*)<br>W. Kyle Tayman, Esq. (*Pro Hac Vice*)<br>**Goodwin Procter, LLP**<br>901 New York Ave., NW<br>Washington, DC 20001<br>BBrown@goodwinprocter.com<br>KTayman@goodwinprocter.com<br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document, filed on December 1, 2015 through the ECF system, has been sent electronically to all attorneys of record.

/s/ Laura A. Lange

ACTIVE/84106536.1