# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA R. WENSEL, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK,<br>*as Trustee of CWABS Asset-Backed Certificates Trust 2007-BC3*,<br><br>Defendant. | Civil Action No. 2:15-cv-00068<br><br>Hon. Nora Barry Fischer<br>United States District Judge |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amanda R. Wensel ("Wensel" or "Plaintiff") and Defendant The Bank of New York Mellon, as Trustee of CWABS Asset-Backed Certificates Trust 2007-BC3 (together, with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice as to Plaintiff, and without prejudice as to the putative class, with the Parties waiving their rights of appeal and agreeing to bear their own costs.

Dated: December 1, 2015

/s/ Aurelius P. Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 facsimile
apr@robletolaw.com

Attorney for Plaintiff

Respectfully submitted,

/s/ Laura A. Lange
Laura A. Lange
Pa. Id. No. 310733
**McGuireWoods LLP**
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000
(412) 667-6050 (fax)
llange@mcguirewoods.com

Brooks R. Brown, Esq.(*Pro Hac Vice*)
W. Kyle Tayman, Esq. (*Pro Hac Vice*)
**Goodwin Procter, LLP**
901 New York Ave., NW
Washington, DC 20001
BBrown@goodwinprocter.com
KTayman@goodwinprocter.com

Attorneys for Defendant

AND NOW, this 1st day of December, 2015.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE